

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-18-00771-CV

Gail **GILLETTE**,
Appellant

v.

Stephen **GRAVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellee's motion for reconsideration en banc is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_____
Michael A. Cruz,
Clerk of Court